UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KIM W.,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 24-cv-12648<br><br>Honorable Robert J. White<br>Magistrate Judge Kimberly G. Altman |

**ORDER (1) ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, (3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND (4) AFFIRMING THE ADMINISTRATIVE LAW JUDGE'S DECISION**

This case arises from Plaintiff's application for Social Security disability benefits. Before the Court is Magistrate Judge Kimberly G. Altman's October 3, 2025 report and recommendation. (ECF No. 15). The report recommended that the Court deny Plaintiff's motion for summary judgment (ECF No. 12), grant Defendant's motion for the same (ECF No. 14), and affirm an Administrative Law Judge's September 2023 decision that Plaintiff was not disabled. None of the parties objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review the matter and believes that the magistrate judge reached the correct conclusions for the appropriate reasons. Accordingly,

IT IS ORDERED that the magistrate judge's October 3, 2025 report and recommendation (ECF No. 15) is hereby accepted and adopted.

IT IS FURTHER ORDERED that Plaintiff's motion for summary judgment (ECF No. 12) is DENIED.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment (ECF No. 14) is GRANTED.

IT IS FURTHER ORDERED that the Administrative Law Judge's decision is AFFIRMED.

Dated: November 6, 2025                    s/Robert J. White
                                           Robert J. White
                                           United States District Judge